In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK et al., as Executors of MARY EDEY, Deceased, Respondents.

BANKERS TRUST COMPANY, as Trustee for EDWARD W. TAYLOR, III, et al., and as General Guardian of CHARLES E. TAYLOR, et al., Appellants; GEORGE ARENTS, III, et al., Respondents.

Argued October 17, 1944; decided November 22, 1944.

*Joseph R. Kelley* and *Arlen G. Swiger* for Edward W. Taylor, III, appellant.

*Henry De Land Stack* for Bankers Trust Company, as trustee and guardian, appellant.

*McDonald E. Wrenn* for George Arents, III, and others, respondents.

Order affirmed, with costs to the respondents payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.